

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00208-CV

In the **ESTATE OF** William Stacy **LONGSTRETH**, Deceased

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13310
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that appellee Caroline Longstreth recover her costs of appeal, if any, from appellant Nan J. Ginger.

SIGNED April 17, 2013.

_____
Marialyn Barnard, Justice